# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

CHRIS WILLIAMS, et al.,

     Plaintiffs,

              v.

WILBUR ROSS, et al.,

     Defendants.

Case No. 1:20-cv-00667

**CERTIFIED LIST OF THE CONTENTS OF THE ADMINISTRATIVE RECORD**

Judge: Hon. Trevor N. McFadden

Pursuant to Local Civil Rule 7(n), Wilbur Ross, in his official capacity as Secretary of the U.S. Department of Commerce, and the National Marine Fisheries Service (collectively "Defendants"), by and through their undersigned counsel, hereby submit to the Court a certified list of the contents of the administrative record. Attached to this Notice are (1) the certification of the administrative record, signed by Lyle Enriquez, Highly Migratory Species Branch Chief for the Sustainable Fisheries Division of the NMFS West Coast Region (Exhibit A) and (2) the index listing the administrative record documents (Exhibit B). Defendants also hereby notify the Court that, on June 2, 2020, NMFS's administrative record for the above-captioned matter will be provided to counsel for Plaintiffs through portable electronic media drive delivered via United Parcel Service.[1]

Dated, June 1, 2020,

          Respectfully Submitted,

          JEAN E. WILLIAMS,
          Deputy Assistant Attorney General
          Environment & Natural Resources Division
          SETH M. BARSKY, Chief
          MEREDITH FLAX, Assistant Chief

---

[1] NMFS notified counsel for Plaintiffs that they would be unable to send out the administrative record on June 1, 2020, as planned, due to mandatory early 1:00 P.M. closure of the United Parcel Service in Long Beach, California in order to comply with citywide curfews.

 */s/ Bridget K. McNeil*
BRIDGET KENNEDY MCNEIL
CO Bar No. 34299
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202-2413
Telephone: (303) 844-1484
Facsimile: (303) 844-1350
Email: Bridget.McNeil@usdoj.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

 */s/ Bridget K. McNeil*
BRIDGET KENNEDY MCNEIL