# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRIS WILLIAMS, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:20-cv-00667 |
| ) | |
| v. ) | **CERTIFICATION OF** |
| ) | **ADMINISTRATIVE RECORD** |
| WILBUR ROSS, et al., ) | |
| ) | |
| Defendants. ) | |

I, Lyle Enriquez, declare as follows:

    1.    I am the Highly Migratory Species Branch Chief for the Sustainable Fisheries Division of the West Coast Region of the National Oceanic and Atmospheric Administration National Marine Fisheries Service (NMFS), an agency of the U.S. Department of Commerce.

    2.    I conducted a diligent search for, and assembled the documents for the administrative record regarding the final rule published on February 7, 2020, in the Federal Register (85 Fed. Reg. 7246), establishing strict limits, termed "hard caps," for the California/Oregon large-mesh drift gillnet fishery (DGN) on interactions with certain protected species of marine mammals and sea turtles under Magnuson-Steven Fishery Conservation and Management Act authority (DGN Hard Caps Rule).

    3.    I am the primary custodian of the administrative record.

    4.    Records composing the administrative record for the DGN Hard Caps Rule are located in the Long Beach office of the Sustainable Fisheries Division.

5. I certify that the documents listed on the Index, which are included on the portable drive to be served on the parties, constitute a true, correct, and complete copy of the administrative record documents for the DGN Hard Caps Rule.

This declaration is made under the provision of 28 U.S.C. 1746. I declare under penalty of perjury that the foregoing is true and correct to the best of my current knowledge, information and belief.

Executed this 1st day of June, 2020, at Long Beach, California.

*[signature: Lyle Enriquez]*

Lyle Enriquez
Highly Migratory Species Branch Chief
Sustainable Fisheries Division
West Coast Region
National Marine Fisheries Service