### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS WILLIAMS, et al., | Case No. 1:20-cv-00667 |
| Plaintiffs, | |
| v. | **NOTICE OF ERRATA** |
| WILBUR ROSS, et al., | Judge: Hon. Trevor N. McFadden |
| Defendants. | |

Pursuant to Local Civil Rule 7(n), Wilbur Ross, in his official capacity as Secretary of the U.S. Department of Commerce, and the National Marine Fisheries Service (collectively "Defendants"), by and through their undersigned counsel, filed a certified list of the contents of the administrative record on June 1, 2020.  See ECF No. 12.  Exhibit B, which contained the index listing the administrative record documents, was incorrectly organized and Defendants hereby submit a corrected index, with sequential Bates numbers, as Exhibit A to this notice.

Dated June 2, 2020,

Respectfully Submitted,

JEAN E. WILLIAMS,
Deputy Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Chief
MEREDITH FLAX, Assistant Chief

 */s/ Bridget K. McNeil*
BRIDGET KENNEDY MCNEIL
CO Bar No. 34299
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202-2413
Telephone: (303) 844-1484
Facsimile: (303) 844-1350
Email: Bridget.McNeil@usdoj.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

                                                 */s/ Bridget K. McNeil*
                                                 BRIDGET KENNEDY MCNEIL