IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS WILLIAMS; GARY BURKE; FRED HEPP; and JEFF HEPP,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>WILBUR ROSS, in his official capacity as Secretary of the U.S. Department of Commerce; et al.,<br><br>　　　　　　　　　　　　　　Defendants<br><br>and<br><br>OCEANA, INC.,<br><br>　　　　　　　　　　　　　　Defendant-Intervenor. | No. 1:20-cv-00667-TNM |

**NOTICE OF VOLUNTARY DISMISSAL AS TO PLAINTIFF CHRIS WILLIAMS**

　　　　WHEREAS Plaintiff Chris Williams has agreed to participate in the State of California's drift gill net transition program;

　　　　WHEREAS a condition of Mr. Williams' compensation through that program is that he agree not to use his federal drift gill net permit;

　　　　WHEREAS Mr. Williams no longer has a continuing legally cognizable interest in the federal drift gill net swordfish fishery;

　　　　IT IS THEREFORE STIPULATED AND AGREED to by and among the parties that Plaintiff Chris Williams hereby dismisses without prejudice all claims that he has advanced in this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　　Each party shall bear its own costs.

DATED: January 19, 2021.

Respectfully submitted,

s/ Damien M. Schiff

| | |
|---|---|
| DANIEL T. WOISLAW* | DAMIEN M. SCHIFF |
| Va. Bar No. 91180 | D.C. Bar No. CA00045 |
| Email: dwoislaw@pacificlegal.org | Email: dschiff@pacificlegal.org |
| Pacific Legal Foundation | Pacific Legal Foundation |
| 3100 Clarendon Blvd., Suite 610 | 930 G Street |
| Arlington, Virginia 22201 | Sacramento, California 95814 |
| Telephone: (202) 888-6881 | Telephone: (916) 419-7111 |
| *Pro Hac Vice | |

*Attorneys for Plaintiffs*

DATED: January 19, 2021.

JEAN E. WILLIAMS,
Deputy Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Chief
MEREDITH FLAX, Assistant Chief


s/ Bridget Kennedy McNeil
BRIDGET KENNEDY MCNEIL
CO Bar No. 34299
Senior Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202-2413
Telephone: (303) 844-1484
Facsimile: (303) 844-1350
Email: Bridget.McNeil@usdoj.gov

*Attorneys for Federal Defendants*

DATED: January 19, 2021.

        s/ Lide E. Paterno
Lide E. Paterno (D.C. Bar No. 166601)
David H. Quigley (D.C. Bar No. 465822)
Stacey H. Mitchell (D.C. Bar No. 155790)
Michael W. Fires (D.C. Bar No. 1644614)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email:  lpaterno@akingump.com
       dquigley@akingump.com
       shmitchell@akingump.com
       mfires@akingump.com

*Counsel for Defendant-Intervenor Oceana, Inc*